1  Marc V. Kalagian
   Attorney at Law: 4460
2  211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel: (562)437-7006
4  Fax: (562)432-2935
5  E-Mail: rohlfing.kalagian@rksslaw.com
   Attorneys for Plaintiff
6  JAMIE D. HILL

7

8
# UNITED STATES DISTRICT COURT
9
## DISTRICT OF NEVADA
10

11

| | |
|---|---|
| JAMIE D. HILL | Case No.: 2:15-cv-00113-GMN-PAL |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND AND/OR REVERSAL |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Jamie D. Hill and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from January 21, 2016 to March 7, 2016 for Plaintiff to file her Motion for Remand and/or Reversal, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

-1-

1 | This request is made at the request of Plaintiff's counsel to allow additional time to
2 | fully research the issues presented.

3 | DATE: January 21, 2016          Respectfully submitted,

4 | ROHLFING & KALAGIAN, LLP

5 | /s/ *Marc V. Kalagian*

6 | BY: _____
Marc V. Kalagian
7 | Attorney for plaintiff Ms. Jamie D. Hill

9 | DATE:  January 21, 2016
DANIEL G. BOGDEN
10 | United States Attorney

11 | /s/ *Timothy R. Bolin*

12 | BY: _____
TIMOTHY R. BOLIN
13 | Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
14 | |*authorized by e-mail|

16 | IT IS SO ORDERED:  _____
17 | UNITED STATES MAGISTRATE JUDGE
18 | DATED:   January 27, 2016

-2-