Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Jamie D. Hill

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMIE D. HILL, | Case No.: 2:15-cv-00113-GMN-PAL |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Jamie D. Hill ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security

///

///

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: February 11, 2016        Respectfully submitted,

LAW OFFICES OF ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY: _____
Marc V. Kalagian
Attorney for plaintiff Jamie D. Hill

DATE: February 11, 2016        DANIEL G. BOGDEN
United States Attorney

/s/ *Timothy R. Bolin*
BY: _____
TIMOTHY R. BOLIN
Special Assistant United States Attorney
Attorneys for Defendant Carolyn W. Colvin,
Acting Commissioner of Social Security
(Per e-mail authorization)

IT IS SO ORDERED: _____
UNITED STATES DISTRICT JUDGE

DATED: February 17, 2016

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:15-CV-00113-GMN-PAL**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on February 11, 2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*

_____
Marc V. Kalagian
Attorneys for Plaintiff